Steven C. Vondran, SBN 232337
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Suite 3500
San Francisco, California 94104
Telephone: (877) 276-5084
Facsimile: (888) 551-2252
steve@vondranlegal.com

Attorney for IP ADDRESS 98.234.174.56

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC.<br><br>         Plaintiff,<br><br>    vs.<br><br>John Doe subscriber assigned IP address 98.234.174.56<br>         Defendants. | No. 3:18-cv-00703<br><br>**NOTICE OF APPEARANCE FOR IP ADDRESS 98.234.174.56** |

Please take notice that Steven C. Vondran, Esq. of The Law Offices of Steven C. Vondran PC, hereby appears as counsel on behalf of IP ADDRESS 98.234.174.56.

   DATED this 20th day of April, 2018.

                              **THE LAW OFFICES OF STEVEN VONDRAN, P.C.**


                              By /S/  Steve Vondran
                                  Steven C. Vondran, Esq.
                                  *Attorneys for IP* 98.234.174.56

1  **ORIGINAL** of the foregoing *e-filed* this
   20th day of April 2018, with:
2
3  UNITED STATES DISTRICT COURT
   **United States District Court Northern District of California**
4  **San Jose Division**
   San Francisco Courthouse, Courtroom F - 15th Floor
5  450 Golden Gate Avenue, San Francisco, CA 94102

6  **COPY** *mailed* this date to:

7  Fox Rothschild LLP
   10250 Constellation Boulevard, Suite 900
8  Los Angeles, California  90067
9  **Attn: Lincoln Dee Bandlow, Esq.**
   Facsimile:  (310) 556-9828
10 Email: lbandlow@foxrothschild.com

11

12
         Executed on April 20*, 2018,* at Flagstaff Arizona.
13

14                            By:    */s/     Lisa Vondran* _____
                                     Lisa Vondran, Assistant
15

2